# Court of Appeals
# of the State of Georgia

ATLANTA,  August 18, 2022

*The Court of Appeals hereby passes the following order:*

**A22A0816. JATIN R. KUMAR v. ANDREA K. COLEMAN.**

Andrea K. Coleman, the mother, filed a petition for writ of habeas corpus and motion for emergency return of minor child against Jatin R. Kumar, the child's biological father. The superior court granted the petition and motion, ordering the father to return the child to the mother's custody. The father filed an application for discretionary review in this Court, which we granted. See Case No. A22D0135 (Dec. 1, 2021). This appeal followed. Given that our prior order granting the application in Case No. A22D0135 has since been vacated, we hereby DISMISS this appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/18/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.